# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JULIE J. MORGAN,**

           **Plaintiff,**

**-vs-**                                                  **Case No. 6:04-cv-1002-Orl-KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

           **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **UNOPPOSED MOTION FOR ENTRY OF JUDGMENT WITH REMAND (Doc. No. 15)** |
| **FILED:** | **May 5, 2005** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

By the present motion, the Commissioner seeks reversal of her previous decision pursuant to sentence four of 42 U.S.C. § 405(g) and 42 U.S.C. § 1383(c)(3), and remand for further proceedings to do the following:

> [U]pdate the medical record and assess [Morgan's] credibility in accordance with Social Security Ruling (SSR) 96-7p. The ALJ also will identify the functional demands of [Morgan's] past relevant work as she performed it and as it is performed in the national economy and will compare [Morgan's] residual functional capacity with the demands of her past relevant work on a function by function basis pursuant to SSR 82-62. As appropriate, the ALJ will obtain vocational expert testimony to assist him

in determining whether there is other work that [Morgan] could perform in the national economy.

Doc. No. 15.

Plaintiff Julie Morgan does not oppose the motion. *Id*.

Because the Commissioner concedes that the previously entered decision should be reversed, and Morgan does not oppose the requested relief, it is **ORDERED** that the decision of the Commissioner is **REVERSED** and that this case is **REMANDED** to the Commissioner of Social Security for further proceedings. It is further **ORDERED** that the Clerk of Court shall enter judgment consistent with this Order and, thereafter, close the file.

**DONE** and **ORDERED** in Orlando, Florida on May 5, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties