# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JULIE J. MORGAN,**

                **Plaintiff,**

**-vs-**                                          **Case No. 6:04-cv-1002-Orl-KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

                **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION FOR AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (Doc. No. 18)** |
| **FILED:** | **August 4, 2005** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

The plaintiff, Julie Morgan, seeks an award of attorney's fees and costs pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. A final judgment reversing the decision below was entered on May 6, 2005. Doc. No. 17. An award of fees and costs is, therefore, ripe for consideration.

Morgan's attorney seeks $4,077.07 in attorney's fees for 27.6 hours of work. The hourly rate she seeks is $147.72 for work performed in 2004 and 2005, pursuant to a provision in the EAJA that allows the Court to adjust the statutory hourly rate based on changes in the cost of living. Doc. No.

18. The defendant, the Commissioner of Social Security, does not oppose these hourly rates or the amount sought. Doc. No. 19. After reviewing the papers submitted by Morgan, I find that the fees requested are appropriate in the absence of objection.

Morgan also seeks reimbursement for $163.26 in costs. The Commissioner does not oppose these costs. I find that these costs were reasonably incurred, in the absence of objection.

It is, therefore, **ORDERED** that Morgan is awarded $4,077.07 in attorney's fees and $163.26 in costs.

**DONE** and **ORDERED** in Orlando, Florida on August 15, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties